**FILED**

JUL 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

1  Lynda J. Zadra-Symes (SBN 156,511)
   Lynda.Zadra-Symes@kmob.com
2  J. David Evered (SBN 215,974)
   David.evered@kmob.com
3  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
4  Fourteenth Floor
   Irvine, CA 92614
5  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
6
   Attorneys for Plaintiff
7  NORTHCLIFFE MEDIA LIMITED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**CV 12 3536**  MEJ

| | |
|---|---|
| NORTHCLIFFE MEDIA LIMITED, a Private Limited Company of England and Wales, | Civil Action No. |
| Plaintiff, | **PLAINTIFF NORTHCLIFFE MEDIA LIMITED'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| JOHN DOE, an unknown individual or entity, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

FAXED

Certification of Interested Entities or Persons

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Northcliffe Media Limited;
- A&M Media Limited;
- DMGT plc

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 6, 2012     By: _____
Lynda J. Zadra-Symes
J. David Evered

Attorneys for Plaintiff,
Northcliffe Media Limited