Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
J. David Evered (SBN 215,974)
David.evered@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
NORTHCLIFFE MEDIA LIMITED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHCLIFFE MEDIA LIMITED, a Private Limited Company of England and Wales, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, an unknown individual or entity, <br><br> Defendant. | Civil Action No. CV 12-3536 MEJ <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FRCP 41(a)(1)** <br><br> Honorable Maria-Elena James, USMJ |

Notice of Dismissal

Plaintiff Northcliffe Media Limited hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated: August 2, 2012          By: /s/ Lynda J. Zadra-Symes
                                   Lynda J. Zadra-Symes
                                   J. David Evered

                                   Attorneys for Plaintiff,
                                   Northcliffe Media Limited

13728099

- 1 -

Notice of Dismissal